IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MARNA J. HUBBARD                                                         PLAINTIFF

v.                                     Civil No. _06-3062_

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                          DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for

leave to proceed *in forma pauperis*. After review, it is found that plaintiff is unable to pay for the

costs of commencement of suit and, accordingly, the following order is entered this 10th day of

October 2006:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis*

is granted. The clerk is hereby directed to file the complaint. Additionally, the court hereby directs

that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff

by certified mail, return receipt requested, on the defendant, Jo Anne B. Barnhart, Commissioner,

Social Security Administration, as well as Alberto R. Gonzales, U.S. Attorney General, and Claude

Hawkins, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The

defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

*Beverly Stites Jones*
_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 1 2 2006

CHRIS R. JOHNSON

BY

DEPUTY CLERK